**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SAMUEL F. HOGGATT,        ) | |
|                           ) | |
|        Plaintiff,     ) | |
|                           ) | 1:03-CV-256-JPG-SEB |
| vs.        ) | |
|                           ) | |
| SHERIFF OF MARION COUNTY,   ) | |
| INDIANA,        ) | |
|                           ) | |
|        Defendant.     ) | |

**JUDGMENT**

Having granted Defendant's Motion for Summary Judgment in a concurrent ruling, the Court now enters JUDGMENT in favor of the Defendant and against the Plaintiff.

Each party shall bear its own costs.

IT IS SO ORDERED this 14th day of November, 2005.

                                                     _____
                                                     JOHN P. GODICH, MAGISTRATE JUDGE
                                                     United States District Court
                                                     Southern District of Indiana

**Robyn Rebekah Willson Hattaway**
    lmreubenlaw@yahoo.com robynlaw@yahoo.com

**James B. Osborn**
    OFFICE OF CORPORATION COUNSEL
    josborn@indygov.org

**Lawrence M. Reuben**
    lmreubenlaw@yahoo.com

**Christopher Kenneth Starkey**
    LAW OFFICE OF LAWRENCE M. REUBEN
    starkeyck@msn.com lmreubenlaw@yahoo.com